

# NUMBER 13-24-00309-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE ESTATE OF STEVE J. MAURO, DECEASED

---

## ON APPEAL FROM THE PROBATE COURT NO. 1
## OF CAMERON COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Tijerina and Peña
Memorandum Opinion by Justice Tijerina**

On June 5, 2024, appellant filed a notice of appeal attempting to appeal an order granting a motion to vacate an order granting a non-suit in trial court cause number 2019-CPC-00140. On June 24, 2024, the Clerk of the Court notified appellant that it appears the order identified in the notice of appeal is unappealable. Appellant was further notified that if the defect was not cured within ten days, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3. On July 29, 2024, the Clerk of the Court again notified appellant that it appears the order identified in the notice of appeal is unappealable. Appellant was again

notified that if the defect was not cured within ten days, the appeal would be dismissed. *See id.*

Upon review of the clerk's record, it appears appellant filed a first amended notice of appeal with the trial court clerk on June 24, 2024; however, appellant's first amended notice of appeal did not cure the defect or otherwise demonstrate the appealability of the order he identifies in the notice of appeal. The Court, having considered the documents on file and appellant's failure to identify an appealable order, is of the opinion that the appeal should be dismissed for want of jurisdiction. *See id.* Accordingly, the appeal is dismissed for want of jurisdiction. *See id.* 42.3(a),(c).

JAIME TIJERINA
Justice

Delivered and filed on the
29th day of August, 2024.

2